## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| TAMMY TUTTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-CV-334-WCL |
| | ) | |
| BUSCHE ENTERPRISE DIVISION, INC., | ) | |
| | ) | |

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL *WITH PREJUDICE*

All parties, by counsel, hereby stipulate that any and all claims asserted by Plaintiff be

dismissed *with prejudice*.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties further stipulate that costs

and fees shall be borne by the respective parties.

Respectfully submitted,                              Respectfully submitted,

/s/ Patrick L. Proctor                               /s/ Jason T. Clagg
Patrick L. Proctor, Esq.                             William T. Hopkins, Jr., Esq.
**EILBACHER FLETCHER, LLP**                          Jason T. Clagg, Esq.
803 S. Calhoun Street                                **BARNES & THORNBURG LLP**
4th Floor                                            600 One Summit Square
Fort Wayne, Indiana   46802                          Fort Wayne, Indiana   46802

ATTORNEYS FOR PLAINTIFF                               ATTORNEYS FOR DEFENDANTS
TAMMY TUTTLE                                          BUSCHE ENTERPRISE DIVISION, INC.

FWDS02 101401v1